IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSE LUIS CANO, also known as
JOEL CANO,**

                                       Cause No. 2-25-mj-00868-GJF

    Defendants.

### ORDER

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Deadline for Grand Jury Presentment. There being good cause shown by the Defendant and there being no objection by the Government, the Court finds the Motion is well taken and should be granted.

**THEREFORE, IT IS THE ORDER OF THE COURT** that the Government's deadline for grand jury presentment is extended by sixty (60) days. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by allowing this continuance outweigh the best interest of the public and the defendant in a speedy indictment. The Court further finds that the requirements set forth in *United States v. Toombs*, 574. F3d. 1262 (10th Cir. 2009) have been satisfied.

_____
**GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE**